**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 501 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Judgment Order** of |
| v. | : | the Superior Court at No. 3143 EDA |
| | : | 2015 entered on September 28, 2017, |
| | : | **affirming** the Order of the |
| BERNANDO HERNANDEZ, | : | Philadelphia County Court of |
| | : | Common Pleas at No. MC-51-CR- |
| Petitioner | : | 0047176-2012 entered on October 14, |
| | | 2015 |

## ORDER

**PER CURIAM**

AND NOW, this 17th day of May, 2019, the Petition for Allowance of Appeal is

**GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** for

proceedings consistent with this Court's decision in *Commonwealth v. Perfetto*, ___

A.3d ___, 2019 WL 1866653 (Pa. Apr. 26, 2019).